# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL BATISTE

NO. 2021 KW 0818

**OCTOBER 18, 2021**

---

In Re:    Michael Batiste, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No. 21-
          000022.

---

**BEFORE:    LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**WIL**
**EW**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.